# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

13-30287

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 18, 2013

Lyle W. Cayce
Clerk

LAURIE KILPATRICK; DANTAN LANDESS; ELLEN CHAUVIN; CHERYL LANDESS, In her capacity as Executor/Administrator of the Estate of George Landess and as Personal Representative of George Landess; MICHAEL LANDESS, Surviving children of George Landess,

Plaintiffs – Appellees

v.

DOW CHEMICAL COMPANY,

Defendant – Appellant

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:08-CV-00081

_____

Before REAVLEY, DAVIS, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The district court did not abuse its discretion by remanding the remaining state-law claims to state court under 28 U.S.C. § 1367(c)(3) after the dismissal of all claims over which the court had original jurisdiction. The district court found that the balance of common law factors of judicial economy,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30287

convenience, fairness, and comity weighs in favor of remand. The district court's finding is supported by the record in this case.

AFFIRMED.